**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Robert K Spencer<br>    Wendy A Spencer<br>          Debtor(s) | Case No. 12-48808 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/12/2012.

2) The plan was confirmed on 04/26/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/05/2016.

5) The case was dismissed on 03/18/2016.

6) Number of months from filing to last payment: 34.

7) Number of months case was pending: 41.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $37,901.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,473.64 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $8,473.64

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $333.28 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,833.28

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFB | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 1,925.00 | 1,925.20 | 1,925.20 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Unsecured | 9,149.00 | 9,161.40 | 9,161.40 | 0.00 | 0.00 |
| APRIA HEALTHCARE | Unsecured | 640.02 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 1,079.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 158.95 | 165.67 | 165.67 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 512.40 | 512.40 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 512.40 | 512.40 | 0.00 | 0.00 |
| BARONS CREDITORS SERVICE CORP | Unsecured | 657.00 | NA | NA | 0.00 | 0.00 |
| CCSI | Unsecured | 65.00 | 64.77 | 64.77 | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 2,085.12 | NA | NA | 0.00 | 0.00 |
| CMG GROUP | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICES CENTER | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| COLUMBUS BANK & TRUST CARD S | Unsecured | 1,057.96 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,837.98 | 1,987.97 | 1,987.97 | 0.00 | 0.00 |
| COMMUNITY HEALTHCARE SYSTEM | Unsecured | 11,113.00 | 12,589.51 | 12,589.51 | 0.00 | 0.00 |
| COMMUNITY HOSPITAL | Unsecured | 945.00 | 610.00 | 610.00 | 0.00 | 0.00 |
| CONSOLIDATED ANESTHESIOLOGIS | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 454.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 388.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| CWB SERVICES | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 313.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS | Unsecured | 1,874.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| FIRST MIDWEST BANK | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST MIDWEST BANK | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,202.00 | 3,202.00 | 3,202.00 | 2,110.91 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 459.22 | 459.22 | 0.00 | 0.00 |
| LAKE SURGICAL ASSOCIATES | Unsecured | 288.00 | 451.26 | 451.26 | 0.00 | 0.00 |
| LAKE SURGICAL ASSOCIATES | Unsecured | 451.26 | NA | NA | 0.00 | 0.00 |
| LAKOTA CASH PAYDAY FINANCIAL | Unsecured | 680.00 | 680.00 | 680.00 | 0.00 | 0.00 |
| LB GRAY | Unsecured | 3,389.00 | NA | NA | 0.00 | 0.00 |
| LOAN SHOP | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| LORIN M BROWN MD | Unsecured | 432.20 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 525.00 | 525.00 | 0.00 | 0.00 |
| MANSARDS | Unsecured | 2,022.35 | NA | NA | 0.00 | 0.00 |
| MARCOTTE MEDICAL GROUP | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 905.00 | 668.20 | 668.20 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 889.00 | 695.73 | 695.73 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 770.00 | 642.91 | 642.91 | 0.00 | 0.00 |
| MIDWEST PEDIATRIC | Unsecured | 2,900.00 | NA | NA | 0.00 | 0.00 |
| MUNSTER RADIOLOGY GROUP | Unsecured | 253.00 | 100.17 | 100.17 | 0.00 | 0.00 |
| NCEP LLC | Unsecured | NA | 6,798.29 | 6,798.29 | 0.00 | 0.00 |
| NCEP LLC | Secured | 3,900.00 | 3,900.00 | 3,900.00 | 2,234.40 | 295.05 |
| NCO FINANCIAL | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,000.00 | 1,028.25 | 1,028.25 | 0.00 | 0.00 |
| NORTHERN INDIANA PUBLIC SERVIC | Unsecured | NA | 443.45 | 443.45 | 0.00 | 0.00 |
| NORTHWEST PATHOLOGY | Unsecured | 87.62 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 758.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 354.00 | 354.58 | 354.58 | 0.00 | 0.00 |
| ROBERTS & WEDDLE LLC | Unsecured | 5,109.70 | NA | NA | 0.00 | 0.00 |
| SKYLINE DISPOSAL | Unsecured | 19.50 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| TEXAS GUARANTEED STUDENT LOA | Unsecured | 9,866.00 | 15,254.75 | 15,254.75 | 0.00 | 0.00 |
| TEXAS GUARANTEED STUDENT LOA | Unsecured | 7,440.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE GOLD MASTERCARD | Unsecured | 695.00 | NA | NA | 0.00 | 0.00 |
| TRUST REC SV | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| UNIQUE NATIONAL COLLECTION | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF STEGER | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VIP CASH | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| WHITE OAK SURGERY CENTER | Unsecured | 92.52 | NA | NA | 0.00 | 0.00 |
| WHITEOAK SURGERY CENTER | Unsecured | 1,467.00 | 92.52 | 92.52 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $3,900.00 | $2,234.40 | $295.05 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$3,900.00** | **$2,234.40** | **$295.05** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,202.00 | $2,110.91 | $0.00 |
| **TOTAL PRIORITY**: | **$3,202.00** | **$2,110.91** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$55,723.65** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,833.28 |
| Disbursements to Creditors | $4,640.36 |
| **TOTAL DISBURSEMENTS** : | **$8,473.64** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/20/2016      By: /s/ Glenn Stearns
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**